UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LONDON LUXURY LLC,

                        Plaintiff,

- against -

WALMART, INC.,

                        Defendant.
-------------------------------------------------------------x

**ORDER**

No. 22-CV-599 (CS)

Seibel, J.

    For the reasons set forth on the record today, Defendant's Motion to Transfer Venue, (ECF No. 25), is GRANTED, and Plaintiff's Motion to Expedite (ECF Nos. 36, 42) is DENIED without prejudice. The Clerk of Court is directed to terminate the pending motions, (ECF Nos. 25, 36, 42), and transfer this case to the Western District of Arkansas, Fayetteville Division.

**SO ORDERED.**

Dated: April 1, 2022
       White Plains, New York

                                                       _____
                                                         CATHY SEIBEL, U.S.D.J.